UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID KLUCKA,<br><br>       Plaintiff(s),<br><br> v.<br><br>S. OSTROVSKY, et al.,<br><br>       Defendant(s). | Case No. 2:15-CV-1062 JCM (VCF)<br><br>ORDER |

Presently before the court is *pro se* plaintiff David Klucka's request for a continuance to file amended complaint. (Doc. # 13). The court construes plaintiff's request as a motion to extend time.

On June 25, 2015, the court adopted Magistrate Judge Ferenbach's report and recommendation in full. (Doc. # 7). The court ordered plaintiff's complaint (doc. # 3-1) be dismissed without prejudice and granted plaintiff fourteen days from the entry of the court's order to file an amended complaint. Plaintiff requests until August 9, 2015, to file his complaint. As August 9, 2015, is a Sunday, plaintiff will have until Monday, August 10, 2015, to file his complaint. *See* Fed. R. Civ. P. 6.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff David Klucka's request for continuance to file amended complaint (doc. # 13) be, and the same hereby is, GRANTED. Plaintiff shall have **up to and including Monday, August 10, 2015,** to file his amended complaint.

DATED July 9, 2015.

                  _/s/ James C. Mahan_
                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**