UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID KLUCKA,<br><br>                   Plaintiff(s),<br><br>    v.<br><br>S. OSTROVSKY, et al.,<br><br>                   Defendant(s). | Case No. 2:15-CV-1062 JCM (VCF)<br><br>ORDER |

Presently before the court is *pro se* plaintiff David Klucka's motion to extend time to file an amended complaint (Doc. # 15).

On June 25, 2015, the court adopted Magistrate Judge Ferenbach's report and recommendation in full. (Doc. # 7). The court ordered plaintiff's complaint (doc. # 3-1) be dismissed without prejudice and granted plaintiff fourteen days from the entry of the court's order to file an amended complaint. On July 7, 2015, plaintiff filed a request for continuance to file an amended complaint, which the court construed as a motion to extend time. On July 9, 2015, the court granted that motion.

In the present motion, plaintiff requests until August 24, 2015, to file his amended complaint. Plaintiff will have until Monday, August 24, 2015, to file that amended complaint. The court underscores that *no* further extensions will be granted.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Good cause appearing,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff David Klucka's
3  motion to extend time to file his amended complaint (doc. # 15) be, and the same hereby is,
4  GRANTED.  Plaintiff shall have **up to and including Monday, August 24, 2015,** to file his
5  amended complaint.

6  DATED August 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -